Corrigan v. Harris, 207 Ill. App. 291.

contract of shipment of live stock, issued under the Carmack Amendment of 1906 to the Hepburn Act, finding that unless claims for loss, damage or detention be presented within ten days of the date of the unloading of the stock at destination and before the stock is mingled with other stock they shall be deemed waived, cannot be waived by the carrier.

---

# William J. Corrigan, Appellant, v. Andrew J. Harris, Appellee.

## Gen. No. 23,008. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed October 2, 1917. Rehearing denied October 15, 1917.

## Statement of the Case.

Action by William J. Corrigan, plaintiff, against Andrew J. Harris, defendant, to recover on a note for $800, payable to R. G. Howse, and by the latter indorsed to plaintiff. From a judgment of *nil capiat*, in favor of defendant, plaintiff appeals.

SAMUEL J. HAMBLEN, for appellant.

MONTGOMERY, HART, SMITH & STEERE, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. BILLS AND NOTES, § 251*—*what defense is available against purchaser after maturity.* In an action on a note, evidence *held* sufficient to show that the note given by defendant was accommo-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

dation paper, given without consideration, and that it came into possession of plaintiff after maturity, so as to be subject to all defenses available in favor of maker against payee.

2. SET-OFF AND RECOUPMENT, § 40*—*when evidence sufficient to show loan made basis of set-off.* In an action by an indorsee on a note, in which a set-off for money loaned to the payee was interposed, evidence *held* sufficient to show such loan.

3. MUNICIPAL COURT OF CHICAGO, § 29*—*when judgment of not disturbed.* A judgment of the Municipal Court will not be disturbed on appeal unless contrary to the greater weight of evidence.